UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 NOV 22 P 1: 43
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES OF AMERICA,

    Plaintiff,

v.                        CASE NO.: 3:01-Cr-95 (DJS)

SCOTT HIDALGO,

    Defendant.
_____/

## MOTION TO TERMINATE PROBATION

The Defendant, **SCOTT HIDALGO**, by and through his undersigned counsel, moves this Court to enter its order terminating his probation, and in support thereof states as follows:

1.    On May 17, 2001, the Defendant entered a plea of guilty to a violation of Title 18 United States Code, §371, to-wit: conspiracy to engage in wholesale distribution across state lines of prescription drugs without licensing, before the Honorable Dominic J. Squatrito.

2.    Between the entry of his plea of guilty and the date of sentencing, the Defendant entered into an agreement with the United States whereby he paid Three Hundred Thousand Dollars ($300,000.00) to the United States government as a civil fine associated with this case. Including penalties for early withdrawal of funds from retirement accounts and taxes, this payment cost the Defendant over Five Hundred Thousand Dollars ($500,000.00).

3. On November 14, 2001, the Honorable Dominic J. Squatrito placed the Defendant on probation for a period of five (5) years. The Court ordered that the Defendant be permitted to travel throughout the United States and the world to pursue his gainful employment. Additionally, the Court waived drug testing, as there was no indication the Defendant used illegal drugs.

4. During the course of his supervision, the Defendant has complied with each and every condition of probation and has satisfied all financial obligations.

5. The Defendant is forty (40) years old, and is employed by Palomar, a medical equipment company specializing in laser technology. The Defendant has held this job for two (2) years, and has been gainfully employed throughout the course of his probation.

6. The Defendant resides in Orlando, Florida with his wife Amanda, and his two (2) young children, Jordan and Grant.

7. The Defendant's probation officer, Joseph Wagner, does not object to this motion.

8. Assistant United States Attorney Michael Runowicz states that, to the extent that probation agrees, he does not have an objection to early termination.

**WHEREFORE**, the undersigned moves this Court to enter its Order terminating the Defendant's probation.

## MEMORANDUM

The interests of justice warrant the granting of this motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing motion has been furnished by mail delivery to Michael E. Runowicz, Assistant United States Attorney, Connecticut Financial Center, 157 Church Street, New Haven, Connecticut 06510, and to Joseph Wagner, United States Probation, 80 North Hughey Avenue, Room 310, Orlando, Florida 32801 this 18 day of November, 2004.

*/s/ Chandler R. M*

CHANDLER R. MULLER, of
LAW OFFICES OF
MULLER & SOMMERVILLE, P.A.
1150 Louisiana Avenue, Suite 2
Post Office Box 2128
Winter Park, Florida 32790-2128
Telephone: (407)647-8200
Facsimile: (407)645-3000
Florida Bar Number 112381
Connecticut Bar Number ct23147
e-mail: cmuller@cmullerlaw.com
Attorneys for the Defendant

## CERTIFICATE OF TYPE, SIZE, STYLE AND ANTI-VIRUS SCAN

**I FURTHER CERTIFY** that this Motion to Terminate Probation is submitted in 14-point, proportionately spaced, Times New Roman font, PDF format and that the accompanying computer disk has been scanned and found to be free of viruses by SonicWall Virus Scan.

                                           /s/ Chandler R. Muller
                                _____
                                CHANDLER R. MULLER, of
                                **LAW OFFICES OF**
                                **MULLER & SOMMERVILLE, P.A.**
                                1150 Louisiana Avenue, Suite 2
                                Post Office Box 2128
                                Winter Park, Florida 32790-2128
                                Telephone: (407)647-8200
                                Facsimile: (407)645-3000
                                Florida Bar Number 112381
                                Connecticut Bar Number ct23147
                                e-mail: cmuller@cmullerlaw.com
                                Attorneys for the Defendant