UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.                                            Case Number:   3:01CR95 (DJS)

SCOTT HIDALGO

**ORDER**

Doc. #71  Motion To Terminate Probation- **GRANTED.**

**SO ORDERED.** Dated at Hartford, Connecticut, November 23, 2004.

　　　　　　　　　　　　　____/s/_____
　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　United States District Judge